# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MARILI RASAY,

        Plaintiff,

v.

PEPPERIDGE FARM, INC.,

        Defendant.

Civil Action No. 22-cv-449 (BAH)

Chief Judge Beryl A. Howell

## ORDER

Upon consideration of plaintiff's Motion to Remand to District of Columbia Superior Court, ECF No. 8; the memoranda submitted in support and opposition; and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that plaintiff's Motion to Remand to District of Columbia Superior Court, ECF No. 8, is **GRANTED**; it is further

**ORDERED** that this case is remanded to the Superior Court of the District of Columbia; and it is further

**ORDERED** that the Clerk of Court shall close this case.

**SO ORDERED.**

Date: September 19, 2022

                                                            BERYL A. HOWELL
                                                            Chief Judge